KATHERINE E. MCGRATH
X9054
1-12-17

FILED
JAN 12 2017
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, | Magistrate Docket No. |
| v. | COMPLAINT FOR VIOLATION OF: |
| | Title 8, USC 1326 Deported Alien Found In The United States |
| | Title 8, USC 1325 Illegal Entry (misdemeanor) |
| Oscar LOPEZ, | '17 MJ0086 |
| Defendant. | |

The undersigned complainant being, duly sworn, states:

COUNT ONE

On or about January 11, 2017, within the Southern District of California, defendant, Oscar LOPEZ, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General or her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

COUNT TWO

That on or about January 10, 2017, within the Southern District of California, defendant, Oscar LOPEZ, an alien, did knowingly and willfully enter the United States at a time and place other than as designated by Immigration Officers, and elude examination and inspection by Immigration Officers, a misdemeanor; in violation of Title 8, United States Code, Section 1325.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James L. Trombley
Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE,
THIS 12th DAY OF JANUARY, 2017 .

NITA L. STORMES
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
**Oscar LOPEZ**

## PROBABLE CAUSE STATEMENT

On January 11, 2017, Border Patrol Agent C. Llamas was performing assigned All-Terrain vehicle duties within the Imperial Beach Border Patrol Station's area of responsibility. At approximately 10:45 AM, Agent Llamas was notified via service radio, by Border Patrol Agent J. Welch, who was using the stationary camera at the Imperial Beach Border Patrol Station, of an individual heading in a northerly direction in an the area known to Border Patrol agents as "Spooner's Rim." Agent Llamas responded to the area that Agent Welch had described and located shoe prints in the dirt leading down the steep embankment off of "Spooner's Rim." Agent Llamas followed the shoe prints down the hill for approximately 100 yards before finding a subject laying down in brush. This area is approximately four miles west of the San Ysidro, California Port of Entry and approximately one quarter of a mile north of the United States/Mexico International Boundary.

Agent Llamas identified himself as a United States Border Patrol Agent and then performed an immigration inspection. The subject later identified as the defendant Oscar LOPEZ, stated that he did not have any immigration documents that would allow him to enter or remain in the United States legally, and that he was born in Mexico City, Mexico. At approximately 11:00 AM, Agent Llamas placed LOPEZ under arrest. During administrative processing the defendant stated that he entered the United States illegally on or about January 10, 2017.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted that he is a citizen and national of Mexico illegally present in the United States. The defendant further admitted that he had been previously deported from the United States and has not applied or requested permission to re-enter the United States legally.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprints. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on August 25, 2016 through San Ysidro, California. These same records show that the defendant has not applied for permission from the Attorney General of the United States or her designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.